UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sonya Walker,

    Plaintiff,

    v.                                      Case No. 2:12–cv–134

Zimmer Inc, *et al.*,            Judge Michael H. Watson

    Defendants.

## ORDER

Magistrate Judge Preston Deavers recommended in her January 26, 2015 report and recommendation ("R&R") that the Court dismiss this case for failure to prosecute. R&R 2, ECF No. 15. The R&R advised the parties of their right to object and notified the parties that a failure to object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the judgment of this Court. *Id.*

The time for objecting has passed, and no objections were filed. The Court therefore **ADOPTS** the R&R. The Clerk shall dismiss this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

                                                                  **MICHAEL H. WATSON, JUDGE**
                                                                  **UNITED STATES DISTRICT COURT**